UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

NANCY ISAAC-BURGOS, et al.,

    Plaintiffs,

    v.

CITIBANK, N.A.,

    Defendant.

Civil No. 03-1249(JAF)

**O R D E R**

Plaintiffs are granted **until November 2, 2006,** to file an opposition to the motion for summary judgment. The case will be taken under advisement on the summary judgment issue on said date.

The parties are granted **ten (10) days** to file an amended and agreed-to Proposed Pretrial Order which the court will consider, with the consent of the parties, as part of the summary judgment incident.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 2nd day of October, 2006.

                                          S/José Antonio Fusté
                                          JOSE ANTONIO FUSTE
                                      Chief U. S. District Judge